DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN PAUL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D2022-1455 and 4D2023-0874

[February 14, 2024]

Consolidated appeals from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 21001938CF10A.

Carey Haughwout, Public Defender, and Nancy Jack, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Rachael Kaiman, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Appellant was convicted of a violation of section 790.23(1), Florida Statutes (2021), prohibiting possession of a firearm by a convicted felon. We affirm as to all issues raised, including upholding the constitutionality of the statute. *See Edenfield v. State*, No. 1D22-290, --- So. 3d ---, 2023 WL 3734459 (Fla. 1st DCA May 31, 2023), *reh'g denied*, --- So. 3d ---, 2023 WL 4924150 (Fla. 1st DCA Aug. 2, 2023).

*Affirmed.*

WARNER, DAMOORGIAN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***